UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID L. MATHIS,

Petitioner,

v.

WARDEN, FCI Mendota,

Respondent.

Case No.: 1:26-cv-04463-EGC (HC)

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILING TO COMPLY WITH A COURT ORDER**

14-Day Deadline

Petitioner is a federal prisoner proceeding pro se and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On June 10, 2026, Petitioner filed the habeas petition. He is currently in the custody of the Bureau of Prisons at the Federal Correctional Institution in Mendota, California.

On August 27, 2026, the Court issued its Order Requiring Respondent to File a Response, Order Setting Briefing Schedule, and Order Directing Clerk of Court to Service Documents. (*See* Doc. 5.) Relevant here, Respondent was ordered to file an answer to the petition within sixty (60) days and a notice of appearance within twenty (20) days. (*Id*. at 2.) That same date, Respondent was directed to file a completed consent/decline form. (*See* Doc. 6.) More than sixty (60) days have passed and Respondent has failed to comply with both orders.

This Court's Local Rules provide that a "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and

all sanctions authorized by statute or Rule or within the inherent power of the Court." *See* Local Rule 110.

Accordingly, the Court **HEREBY ORDERS** Respondent, **<u>within 14 days</u>** of the date of service of this order, to **SHOW CAUSE** why appropriate sanctions should not be imposed for failing to comply with a court order.

IT IS SO ORDERED.

Dated: **November 4, 2026**

Erin Sny Castillo

UNITED STATES MAGISTRATE JUDGE